

# NUMBERS 13-16-00701-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DAVID STRICKLAND,**                                            **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                      **Appellee.**

---

### On appeal from the 36th District Court
### of San Patricio County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

On November 15, 2018, this Court issued an Order Abating Appeal to determine if appellant's motion should be filed under seal. The trial court conducted a hearing on November 26, 2018, in which it heard argument regarding appellant's "Motion to Reverse and Render Based upon Insufficient Evidence and to Vacate the Conviction and Seek Immediate Release," the State's response, and the appellant's reply. The trial court

recommended that the motion should not be filed under seal in this Court. The parties agreed that the exhibits attached to the motion should be filed under seal with this Court.

Following the recommendation of the trial court, we GRANT in part and DENY in part appellant's "Motion to Seal the Motion to Reverse and Render Based upon Insufficient Evidence and to Vacate the Conviction and Seek Immediate Release" by ordering that the motion, response and reply will not be filed under seal with this Court. The exhibits attached to the motion, response or reply will be filed under seal with this Court.

Appellant's "Motion to Reverse and Render Based upon Insufficient Evidence and to Vacate the Conviction and Seek Immediate Release" will continue to be carried with the case upon final resolution by the Court.

We hereby REINSTATE this cause of action. We further direct the Clerk of this Court to post appellant's "Motion to Reverse and Render Based upon Insufficient Evidence and to Vacate the Conviction and Seek Immediate Release," without exhibits, "Appellee's Reply to Appellant's Motion to Reverse and Render Based upon Insufficient Evidence and to Vacate the Conviction and Seek Immediate Release," and "Appellant's Response to Appellee's Reply to Appellant's Motion to Reverse and Render Based upon Insufficient Evidence and to Vacate the Conviction and Seek Immediate Release and Request for Filing Under Seal" to the Court's website within twenty (20) days of this order.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
7th day of January, 2019.

2